# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA S., <br>     Plaintiff, <br> v. <br> NANCY A. BERRYHILL, Acting Commissioner of Social Security. <br>     Defendant. | Case No. CV 18-3367 ODW (MRW) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration on an open record for further proceedings consistent with the Court's order.

DATE: April 24, 2019

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE